**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

*In re* BAYCOL PRODUCTS LITIGATION             MDL NO. 1431
                                                (MJD/SRN)
This Document Relates to:


                                                **ORDER**

*Pam Comer, et al., v. Bayer AG, et al.*        Case No. 04-0582
   *(Plaintiff Alvin Boyd only)*

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated June 20, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Alvin Boyd [Doc. No. 11] is GRANTED;

2. Plaintiff Alvin Boyd's action is DISMISSED WITH PREJUDICE; and

3. Plaintiff is required to pay the sum of $200.00 to Bayer Corporation within 10 days of this Order.


DATED: August 20, 2007

                                    s / Michael J. Davis
                                    Judge Michael J. Davis
                                    United States District Court Judge